UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELLE McCLAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL PIROTTO, COUNTY OF SACRAMENTO, DOES 1-10,<br><br>　　　　　Defendants. | No. 2:14-cv-1467-TLN-EFB PS<br><br><br>ORDER |

　　　　On May 26, 2015, plaintiff filed a request for an extension of time to file an opposition to defendants' motion to dismiss. S*ee* Fed. R. Civ. P. 6(b).

　　　　Good cause appearing, it is hereby ORDERED that plaintiff's May 26, 2015 request for an extension of time (ECF No. 18) is granted. The hearing on defendants' motion to dismiss, currently set for June 24, 2015, is continued to July 22, 2015. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion on or before July 8, 2015. Defendants' reply, if any, shall be filed by July 15, 2015.

　　　　SO ORDERED.

DATED: June 1, 2015.

　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE